NATHAN M. JENKINS, ESQ. (560)
JERRY C. CARTER, ESQ. (5905)
JENKINS & CARTER
501 Hammill Lane
Reno, NV 89511
Telephone: (775)-829-7800
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

TRUSTEES OF THE NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, et al.,

    Plaintiffs,

vs.

CATHERINE A. NEWBERG dba ACCURATE CONTROL TRAFFIC; ACCURATE CONTROL TRAFFIC & PLANNING SPECIALISTS, a Nevada corporation; and DOES 1-10
    Defendants.

Case No. CV-N-04-206-HDM-RAM

**STIPULATED FINAL JUDGMENT**

    Plaintiffs the Trustees of the Northern Nevada Laborers Health & Welfare Trust Fund, the Northern Nevada Construction Workers Vacation Savings Trust Plan, the Laborers Pension Trust Fund for Northern Nevada, and the Laborers Training Trust for Northern Nevada (Collectively, "Plaintiffs" or the "Trust Funds") and Defendant Catherine A. Newberg dba Accurate Control Traffic and Defendant Accurate Control Traffic & Planning Specialists, a Nevada corporation (collectively, "Defendants"), pursuant to 29 U.S.C. §§ 1132 and 1145, in consideration of the mutual covenants and agreements herein contained and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby consent, stipulate, and agree to the entry of this Stipulated Final Judgment (this "Stipulated Judgment") as follows:

    1.    Defendants hereby acknowledge their indebtedness to the Trust Funds for

1

delinquent fringe benefit contributions, interest, and liquidated damages for hours worked from January 1, 2003 through the present, pursuant to the terms of Collective Bargaining Agreements, Trust Agreements, and rules and regulations of the respective Laborers Trust Funds. The indebtedness is calculated based on payroll audit reports issued by Kafoury, Armstrong & Co., Inc. for the period January 1, 2003 through April 30, 2004, and upon interest and liquidated damages notices calculated by the Trust Funds' third party administrator with respect to the months of October 2003 through February 2004 and April 2004 through July 2004, and totals Thirty-Seven Thousand Eighty-one Dollars and Twenty-four Cents ($37,081.24) as follows:

| | |
|---|---|
| **Payroll Audit of Work Performed for Ames Construction** | |
| Delinquent Fringe Benefit Contributions | $17,424.44 |
| Interest | $1,708.31 |
| Greater of Liquidated Damages or Double Interest | $1,950.50 |
| Accountant's Fees | $2,734.32 |
| Attorneys' Fees | $6,787.69 |
| Subtotal | $30,605.26 |
| | |
| **Payroll Audit of Work Performed for McQueery Construction** | |
| Delinquent Fringe Benefit Contributions | $915.40 |
| Interest | $85.05 |
| Greater of Liquidated Damages or Double Interest | $105.68 |
| Accountant's Fees | $95.68 |
| Attorneys' Fees | $368.67 |
| Subtotal | $1,570.48 |
| | |
| **Liquidated Damages and Interest Notices** <br> (October 2003-February 2004; April 2004-July 2004) | |
| Interest | $394.70 |
| Liquidated Damages | $4,510.80 |
| Subtotal | $4,905.50 |
| | |
| Total | $37,081.24 |

2. Defendants hereby authorize, consent, and confess to a judgment in favor of the

2

Trust Funds and against Defendants in the total amount of Twenty-six Thousand Four Hundred Seventy-five Dollars and Ninety-eight Cents ($26,475.98) (the "Delinquency").

3. Payment of the Delinquency shall be as follows:

a. Defendants shall pay the Trust Funds twelve consecutive monthly installment payments of Two Thousand Two Hundred Six Dollars and Thirty-three Cents ($2,206.33) each, commencing on ~~October 1, 2004~~ *November 1, 2004*.

b. During the period through December 31, 2005, Defendants agree to timely submit to the Trust Funds all monthly employer contribution reports, and to timely pay in full when due all fringe benefit contributions owed with respect to employees performing work as laborers, whether members of the Union or not.

c. The above-referenced payments are not deemed paid until they are <u>received</u> by the Trust Funds.

d. All payments shall be made by a check payable to the "Laborers Trust Funds" and delivered to the following address:

> Jenkins & Carter
> 501 Hammill Lane
> Reno, NV  89511-1004

e. During the period of this Stipulated Judgment, Defendants shall maintain adequate records (including photocopies of all check stubs and time cards signed by employees and supervisors) to document the fringe benefit contributions owed to the Trust Funds.

f. Provided that Defendants timely pay each of the above payments prior to the due date, and provided that Defendants are and have remained current on their obligations to timely submit all monthly employer contribution reports with full payment of all fringe benefit contributions due through December 31, 2005, and provided that Defendants have maintained adequate records to document the fringe benefit contributions owed to the Trust Funds, the Trust Funds will file a Satisfaction of Judgment upon the written request of Defendants, and suspend the running of interest on the Delinquency during the period covered by this Stipulation.

4. In the event Defendants for <u>any</u> reason fail to pay in full any of the above-described payments on the date due, or fail to timely file any employer contribution reports, or

fail to pay in full any contributions reported on behalf of any employees, or fail to maintain adequate records to document the fringe benefit contributions owed to the Trust Funds through the period covered by this Stipulated of Judgment, then the following shall occur:

    a.    Interest accruing during the period of this Stipulation shall not be waived;

    b.    All remaining unpaid portions of the Delinquency, together with all additional delinquent fringe benefit contributions, interest, and liquidated damages thereon owed to the Trust Funds, shall become immediately due and payable;

    c.    The Trust Funds shall have the unfettered right to pursue and execute upon any and all assets of Defendants up to and including all remaining unpaid portions of the Delinquency, together with any and all delinquent fringe benefit contributions, interest, and liquidated damages thereon owed to the Trust Funds for hours worked through December 31, 2005; and

    d.    It is further stipulated and agreed that until this Stipulated Judgment is satisfied, Defendants shall be liable for interest on the total amount of this Stipulated Judgment from and after the date the judgment is filed, at the statutory rate for post judgment interest, as well as all reasonable attorney's fees incurred in pursuing Defendants and their assets.

In witness whereof, the parties hereto have caused this Stipulated Final Judgment to be duly executed and delivered as of the day and year first above written.

DEFENDANT ACCURATE CONTROL TRAFFIC & PLANNING SPECIALISTS, a Nevada corporation

By: _Catherine O. Heemly_ (signature)

Title: __OWNER "ACT"__

Sworn to and subscribed before me this 21ST day of October, 2004

_(signature)_
NOTARY PUBLIC

/ / /

/ / /


NOTARY PUBLIC
STATE OF NEVADA
County of Lyon
MARYANN HAPPOLDT
No. 03-81510-12
My Appt. Expires Mar. 26, 2007

4

_____
DEFENDANT CATHERINE A. NEWBERG

Sworn to and subscribed before me
this 21ST day of October, 2004

_____
NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Lyon
MARYANN HAPPOLDT
No. 03-81510-12
My Appt. Expires Mar. 26, 2007

PLAINTIFFS NORTHERN NEVADA LABORERS
TRUST FUNDS

By: _____
    Chairman and Trustee

By: _____
    Co-Chairman and Trustee

**ORDER**

IT IS SO ORDERED, ADJUDGED, AND DECREED.

DATED this 8TH day of November, 2004.

_____
UNITED STATES DISTRICT COURT JUDGE

JENKINS & CARTER
ATTORNEYS AT LAW
501 Hammill Lane
Reno, Nevada 89511-1004
(775) 829-7800  Fax (775) 829-0511

5